**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alvin A. Von Holdt,

      Plaintiff,                              Civil No.07-4505 (RHK/RLE)

vs.                                       **DISQUALIFICATION AND**
                                             **ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
f/k/a Garlock Inc.,Owens-Illinois, Inc.,
General Electric Company, Rapid American
Corporation, Metropolitan Life Insurance
Company,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 6, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge